IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) ) ) ) _____ ) ) This Document Relates to United States ) District Court for Maryland ) ) (See Attachment A) ) ) ) _____ ) | MDL 875 |

AUG 1 4 2000

90-948

AND NOW, this _11th_ day of _August_, 2000, FIBREBOARD CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which cases have been resolved.

By the Court:

Dated: _8/11/00_

_____
Charles R. Weiner